

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5612
SABERG@SIDLEY.COM

February 17, 2023

**Via ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
Application granted.
SO ORDERED.

              [signature]
         NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          February 21, 2023
```

Re: United States v. Cabrera et al., 22-CR-10 (NRB)

Dear Judge Buchwald:

I write on behalf of defendant Willie Harris in the above referenced action. Mr. Harris respectfully requests leave to file under seal Exhibit A attached to its accompanying declaration in support of its Memorandum of Law in Support of Mr. Harris's Omnibus Pretrial Motion.

Exhibit A is a copy of the Psychology Services Intake Screening conducted by the Bureau of Prisons ("BOP") on March 22, 2022. Exhibit A contains individually identifiable health information for Mr. Harris, which is protected from disclosure by The Health Insurance Portability and Accountability Act ("HIPAA") and HIPAA's regulations, 45 CFR § 164.512(e).

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Sarah E. Aberg
Sarah E. Aberg
Counsel for Willie Harris

cc: David Robles, AUSA
    Kaylan Elizabeth Lasky, AUSA

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.