```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

THE UNITED STATES OF AMERICA,

        - against -                              ORDER

WILLIE HARRIS,                                   22 Cr. 10(NRB)

                Defendant.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Pursuant to the Criminal Justice Act, Joan M. Loughnane is assigned to represent defendant Willie Harris in substitution for Sarah E. Aberg, who has been relieved.

Dated:   New York, New York
         February 24, 2023

                                    _____
                                     NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE