

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

May 12, 2023

> Application granted. Speedy trial time excluded until May 22, 2023 under 18 U.S.C. 3161(h)(1)(D) and (h)(7).
> **SO ORDERED.**
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:   New York, New York
>          May 12, 2023

**Via ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Cabrera et al., 22-CR-10 (NRB)

Dear Judge Buchwald:

I write as counsel to defendant Willie Harris in the above-referenced matter to request a one week extension of time for Mr. Harris to file his reply in support of his omnibus pretrial motion. The Government consents to this request.

Mr. Harris's reply is currently due on May 15, 2023, and we respectfully request an extension to May 22, 2023.

Thank you for the Court's attention to this matter.

Respectfully submitted,

 /s/ Joan Loughnane 

Joan Loughnane

Counsel for Willie Harris

cc:   David Robles, AUSA (via ECF)
      Kaylan Elizabeth Lasky, AUSA (via ECF)
      Matthew King, AUSA (via ECF)
      Dawn M. Florio, Counsel for Jesus Cabrera (via ECF)
      Glenn Andrew Garber and Javier Alberto Solano, Counsel for Michael Amaya (via ECF)
      Steven G. Brill and James L. Healy, Counsel for Alberto Concepcion (via ECF)
      Carlos M. Santiago, Jr., Counsel for Humberto Borges (via ECF)
      Richard S. Rosenberg, Counsel for Frankie Capellan (via ECF)
      Esereosonobrughue J. Onaodowan, Counsel for Jose Figueroa (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.