

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

January 2, 2024

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    USA v. Amaya, et al. Case No. 1:22-cr-00010
             Adjournment of January 4, 2024 Status Conference For Willie Harris

Dear Judge Buchwald,

    We represent Willie Harris in the above-captioned case and write to respectfully request an adjournment of the January 4, 2024 status conference with respect to Mr. Harris. The Government and Mr. Harris have been engaged in plea discussions and have been gathering information relevant to an aspect of the criminal history calculation. The parties do not expect to receive that information before the January 4 conference.

    Mr. Harris respectfully requests an adjournment to allow sufficient time to gather that information and continue plea discussions. The Government consents to this request. We have spoken to Your Honor's courtroom deputy, who informed us that February 8 or February 15 at 11:00 a.m. would be convenient for the Court, and the parties request that the Court adjourn the status conference accordingly. Mr. Harris consents to the exclusion of time until the February conference.

Respectfully,

/s/ Joan M. Loughnane

Joan M. Loughnane

The conference is adjourned to February 15, 2024 at 11am. Speedy trial time excluded, 18 USC §3161(h)(7)(A).

**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    January 3, 2024
             New York, New York

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.