

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

June 24, 2024

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **USA v. Amaya, et al. Case No. 1:22-cr-00010**
**Request for an Adjournment of June 25, 2024 Sentencing Hearing For Willie Harris**

Dear Judge Buchwald,

    We represent Willie Harris in the above-captioned case and write to respectfully request a short adjournment of the June 25, 2024 sentencing hearing with respect to Mr. Harris.

    Undersigned counsel also represents a witness scheduled to testify in the trial of *United States v. Hwang*, 22 Cr. 240 (AKH), which is now proceeding before Judge Hellerstein. The witness was initially expected to testify last week, but now appears likely to testify tomorrow during a period of time which would conflict with Mr. Harris's sentencing hearing. We therefore respectfully request that the Court adjourn Mr. Harris's sentencing.

    We have spoken to Your Honor's clerk, who informed us that July 9, 2024 at 11:00 a.m. is a time that would be convenient for the Court, and we respectfully request that the Court adjourn the sentencing to that date. We have also spoken with the Government, which consents to this request.

Respectfully submitted,

*/s/ Joan M. Loughnane*

Joan M. Loughnane

*[Handwritten: Application granted. So ordered. Naomi Reice Buchwald USDJ 6/25/24]*

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.